**LOWENSTEIN SANDLER LLP**
Katie R. Glynn (Bar No. 300524)
390 Lytton Avenue
Palo Alto, CA 94301
Telephone: 415-288-4545
Fax: 415-288-4534
kglynn@lowenstein.com

*Counsel for the Alger Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED ALGER INVESTMENT MANAGEMENT, INC.; THE ALGER FUNDS; THE ALGER FUNDS II; THE ALGER INSTITUTIONAL FUNDS; ALGER SICAV; THE ALGER PORTFOLIOS; ALGER ASSOCIATES, INC.; ALGER AMERICAN ASSET GROWTH FUND, A SUB-FUND OF ALGER SICAV; ALGER CAPITAL APPRECIATION FUND, A SERIES OF THE ALGER FUNDS; ALGER CAPITAL APPRECIATION INSTITUTIONAL FUND, A SERIES OF THE ALGER INSTITUTIONAL FUNDS; ALGER CAPITAL APPRECIATION PORTFOLIO, A SERIES OF THE ALGER PORTFOLIOS; ALGER COLLECTIVE TRUST CAPITAL APPRECIATION SERIES; ALGER DYNAMIC RETURN FUND, LLC; ALGER DYNAMIC OPPORTUNITIES FUND, A SERIES OF THE ALGER FUNDS II; ALGER LARGE CAP GROWTH PORTFOLIO, A SERIES OF THE ALGER PORTFOLIOS; ALGER MID CAP GROWTH FUND, A SERIES OF THE ALGER FUNDS; ALGER MID CAP GROWTH INSTITUTIONAL FUND, A SERIES OF THE ALGER INSTITUTIONAL FUNDS; ALGER MID CAP GROWTH PORTFOLIO, A | Case No. _____<br><br>**PLAINTIFFS' RULE 7.1 STATEMENT** |

| | |
|---|---|
| SERIES OF THE ALGER PORTFOLIOS; ALGER DYNAMIC OPPORTUNITIES FUND, A SUB-FUND OF ALGER SICAV; ALGER SMALL CAP GROWTH FUND, A SERIES OF THE ALGER FUNDS; ALGER SMALL CAP GROWTH INSTITUTIONAL FUND, A SERIES OF THE ALGER INSTITUTIONAL FUNDS; ALGER SMALL CAP GROWTH PORTFOLIO, A SERIES OF THE ALGER PORTFOLIOS; ALGER SMID CAP FOCUS FUND, A SERIES OF THE ALGER FUNDS; ALGER SMID CAP FOCUS PORTFOLIO, A SERIES OF THE ALGER PORTFOLIOS; ALGER SPECTRA FUND, A SERIES OF THE ALGER FUNDS II; BRISSON FUND; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; KAISER FOUNDATION HOSPITALS; KAISER PERMANENTE GROUP TRUST; THE KERN FAMILY FOUNDATION, INC.; LABORER'S LOCAL 57 INDUSTRIAL PENSION FUND OF PHILADELPHIA, PA; OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT FUND; PHILADELPHIA GAS WORKS PENSION PLAN; PURDUE RESEARCH FOUNDATION; STEELWORKERS PENSION TRUST; TEAMSTERS LOCAL 639 - EMPLOYERS PENSION TRUST FUND; TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY; WICHITA RETIREMENT SYSTEMS; THE LUTHERAN FOUNDATION; UFCW LOCAL 1262 AND EMPLOYERS PENSION FUND; and WATERFRONT EMPLOYERS - ILA PENSION FUND,<br><br>                     Plaintiffs | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFFS' RULE 7.1 STATEMENT

|   |   |
|---|---|
| v. | ) ) ) |
| LENDINGCLUB CORPORATION, RENAUD LAPLANCHE, and CARRIE L. DOLAN, | ) ) ) ) |
| Defendants. | ) ) ) |

In accordance with Federal Rule of Civil Procedure 7.1 Plaintiffs Fred Alger Investment Management, Inc.; the Alger funds; the Alger Funds II; the Alger Institutional Funds; Alger SICAV; The Alger Portfolios; Alger Associates, Inc.; Alger American Asset Growth Fund, a Sub-Fund of Alger SICAV; Alger Capital Appreciation Fund, a Series of The Alger Funds; Alger Capital Appreciation Institutional Fund, a Series of The Alger Institutional Funds; Alger Capital Appreciation Portfolio, a series of The Alger Portfolios; Alger Collective Trust Capital Appreciation Series; Alger Dynamic Return Fund, LLC; Alger Dynamic Opportunities Fund, a Series of The Alger Funds II; Alger Large Cap Growth Portfolio, a Series of The Alger Portfolios; Alger Mid Cap Growth Fund, a Series of The Alger Funds; Alger Mid Cap Growth Institutional Fund, a Series of The Alger Institutional Funds; Alger Mid Cap Growth Portfolio, a Series of The Alger Portfolios; Alger Dynamic Opportunities Fund, a Sub-Fund of Alger SICAV; Alger Small Cap Growth Fund, a Series of The Alger Funds; Alger Small Cap Growth Institutional Fund, a Series of The Alger Institutional Funds; Alger Small Cap Growth Portfolio, a Series of The Alger Portfolios; Alger SMid Cap Focus Fund, a Series of The Alger Funds; Alger SMid Cap Focus Portfolio, a Series of The Alger Portfolios; Alger Spectra Fund, a Series of The Alger Funds II; Brisson Fund; Carpenters Pension Trust Fund for Northern California; Carpenters Annuity Trust Fund for Northern California; Kaiser Foundation Hospitals; Kaiser Permanente Group Trust; The Kern Family Foundation, Inc.; Laborer's Local 57 Industrial Pension Fund of Philadelphia, PA; Oklahoma Firefighters Pension and Retirement Fund;  Philadelphia Gas Works Pension Plan; Purdue Research Foundation; Steelworkers Pension Trust; Teamsters Local 639 - Employers Pension

Trust Fund; Teamsters Pension Trust Fund of Philadelphia and Vicinity; Wichita Retirement Systems; The Lutheran Foundation; UFCW Local 1262 and Employers Pension Fund; and Waterfront Employers - ILA Pension Fund , state that none of them has any parent corporation (except insofar as a plaintiff is a series of, or sub-fund of, another plaintiff) and no publicly held corporation owns 10% or more of the shares of any plaintiff.

Dated: May 16, 2018

    Respectfully submitted,

    /s/ Katie R. Glynn

**LOWENSTEIN SANDLER LLP**
Katie R. Glynn (Bar No. 300524)
390 Lytton Avenue
Palo Alto, CA 94301
Telephone: 415-288-4545
Fax: 415-288-4534
kglynn@lowenstein.com

*Counsel for the Alger Plaintiffs*